AUSA:   Susan Fairchild          Telephone: (313) 226-9577
Officer:   ☑ Garrett Meggison          Telephone:  (313) 798-5196

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Ramiro MONREAL MONTOYA

Case: 2:26−mj−30181
Assigned To : Unassigned
Assign. Date : 4/6/2026
Description: CMP USA v Monreal
Montoya (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 7, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a)&(b)(1) | Unlawful Re-Entry Following Removal from the United States with Prior Felony Conviction |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Garrett Meggison, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 6, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Garrett Meggison, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served in that role since September 7, 2025. I am assigned to the Detroit Field Office. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Ramiro, MONREAL-MONTOYA, which reveal the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact I know about this case. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a) & (b)(1), unlawful re-entry following removal, prior felony conviction, has been committed by Ramiro MONREAL-MONTOYA.

3. MONREAL-MONTOYA is a 32-year-old native and citizen of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

4. On or about September 26, 2016, MONREAL-MONTOYA was apprehended by U.S. Border Patrol near Santa Teresa, New Mexico. MONREAL-MONTOYA was processed as an Expedited Removal and removed to Mexico through the Paso Del Norte, TX, Bridge on September 26, 2016.

5. Just days later, on or about September 28, 2016, MONREAL-MONTOYA was apprehended by U.S. Border Patrol in the Santa Teresa, New Mexico. MONREAL-MONTOYA was processed, and his prior order of removal was reinstated.  MONREAL-MONTOYA was removed to Mexico via the El Paso Port of Entry on October 10, 2016.

6. On or about February 18, 2018, MONREAL-MONTOYA attempted to enter the United States via the commercial import lot at the El Paso port of entry. He was processed as Expedited Removal and paroled pending prosecution.

1

MONREAL-MONTOYA was convicted in the U.S. District Court for the Western District of Texas of Illegal Reentry in violation of 8 U.S.C. §1326(a) and sentenced to three years' non-reporting probation. He was removed to Mexico through the El Paso Port of Entry on May 10, 2018.

7.  On or about March 7, 2026, ERO Detroit conducted surveillance at the cross streets of Wyoming and Michigan Avenue in Detroit, MI. MONREAL-MONTOYA was encountered and deemed to be unlawfully present in the United States. MONREAL-MONTOYA was detained and transported to the Detroit Field Office for processing. MONREAL-MONTOYA's prior order of removal has been reinstated.

8.  At the Detroit Field Office, MONREAL-MONTOYA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results confirmed that MONREAL-MONTOYA is a citizen of Mexico with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that MONREAL-MONTOYA legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

9.  The aforementioned arrest was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

10. Review of the Alien File (A# xxx xxx 823) for MONREAL-MONTOYA and queries in Department of Homeland Security databases confirm no record exists of MONREAL-MONTOYA obtaining the express permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

11. Based on the above information, I believe there is probable cause to conclude that Ramiro MONREAL-MONTOYA is an alien who was found in the United States after removal, and following a conviction for a felony offense, without the express permission from the Attorney General of the

2

United States or from the Secretary of the Department of Homeland Security to reapply for admission into the United States in violation of Title 8, United States Code, Section 1326(a) & (b)(1).

_____

Garrett Meggison, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in me
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

April 6, 2026

3